UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAMUEL ROOSEVELT JONES,

      Plaintiff,                                        Case No. 2:13-CV-363

v.                                                     HON. ROBERT HOLMES BELL

UNKNOWN MARTTI, *et al.*,

      Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 50) recommending that Defendants' Motion for Summary Judgment (ECF No. 45) be granted, dismissing without prejudice the remaining Defendants Martti, N. Beesley, Rudy Parrish, Walter DeForge, J. Niemi, J. Linder, T. Meyers, K. Erkkila, R. Bemis, and Lee Jurva, II. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 7, 2015, R&R (ECF No. 50) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 45) is **GRANTED** and Defendants Martti, Beesley, Parrish, DeForge, Niemi, Linder, Meyers, Erkkila, Bemis, and Jurva are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that an appeal would not be taken in good faith.

A judgment will be entered that is consistent with this order.

Dated: <u>September 4, 2015</u>               <u>/s/ Robert Holmes Bell</u>
                                                ROBERT HOLMES BELL
                                                UNITED STATES DISTRICT JUDGE